UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| AMERICAN INTERNATIONAL MARITIME CO. and CPW AMERICA CO | CIVIL ACTION NO. 1:16-924 |
| VERSUS | JUDGE JAMES GWIN |
| FEDERAL MARINE TERMINALS, INC. and FEDNAV DIRECT | |

## MOTION TO DISMISS FEDNAV DIRECT

NOW INTO COURT, through undersigned counsel, come plaintiffs, American International Maritime Co. and CPW America Co, and upon suggesting to the Court that plaintiffs desire to dismiss FEDNAV Direct, without prejudice, from this matter.

Respectfully submitted,

/s/ Ronald A. Bell
RONALD A. BELL
Ohio State Bar No. 0063714
Jones Walker LLP
201 E 5th Street, Suite 1810
Cincinnati, OH 45202
Telephone:    (513) 830-0261
E-Mail:    rbell@joneswalker.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been duly served on all counsel of record in accordance with the Ohio Rules of Civil Procedure on this 18th day of July 2016.

/s/ Ronald A. Bell
RONALD A. BELL

{N3258631.1}